Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19143−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Andrew B. Weber
  233 Fourth Street
  Fieldsboro, NJ 08505

Social Security No.:
  xxx−xx−1178

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/8/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 10, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19143-MBK
Andrew B. Weber                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Aug 10, 2017
                               Form ID: 148             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2017.
```
db             +Andrew B. Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131
516806773      +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
516806775      +Capital Health System,    750 Brunswick Pike,    Trenton, NJ 08638-4143
516806776      +Danielle Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131
516806777      +EMA Emergency Medical Associates,    P.O. Box 5333,    Parsippany, NJ 07054-6333
516806778      +Rima Zaman, Esquire,    FRENKEL LAMBERT WEISS WEISMAN & GORDON,    80 Main Street, Suite 460,
                 West Orange, NJ 07052-5414
516826370      +US Dept of Education,    MOHELA,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2017 23:09:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2017 23:09:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516806774      +EDI: BANKAMER.COM Aug 10 2017 22:53:00      Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516854319       EDI: BANKAMER.COM Aug 10 2017 22:53:00      The Bank of New York Mellon fka ...,
                 c/o Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL
               TRUST3-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jonas Singer     on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,
               jsinger@jerseylawyer.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5
               Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust
               2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
                                                                                              TOTAL: 6
```