# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19143−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew B. Weber
   233 Fourth Street
   Fieldsboro, NJ 08505

Social Security No.:
   xxx−xx−1178

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/28/17
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 8, 2017
JAN: wir

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew B. Weber  
    Debtor

Case No. 17-19143-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 08, 2017  
                  Form ID: 132     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.

```
db              +Andrew B. Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131
516806773       +Arcadia Recovery Bureau,    P.O. Box 6768,    Wyomissing, PA 19610-0768
516806774       +Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
516806775       +Capital Health System,    750 Brunswick Pike,    Trenton, NJ 08638-4143
516806776       +Danielle Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131
516806777       +EMA Emergency Medical Associates,    P.O. Box 5333,    Parsippany, NJ 07054-6333
516806778       +Rima Zaman, Esquire,    FRENKEL LAMBERT WEISS WEISMAN & GORDON,    80 Main Street, Suite 460,
                  West Orange, NJ 07052-5414
516854319        The Bank of New York Mellon fka ...,    c/o Bank of America,    P.O. Box 31785,
                  Tampa, FL 33631-3785
516826370       +US Dept of Education,    MOHELA,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 00:56:35     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 00:56:31     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor     CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL
               TRUST3-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jonas   Singer     on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,
               jsinger@jerseylawyer.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5
               Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor     The Bank of New York Mellon fka The Bank of
               New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust
               2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
                                                                                              TOTAL: 7
```