UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonas Singer, Esquire
Wells & Singer Law Office, LLC.
105 Farnsworth Ave., P.O. Box 226
Bordentown, NJ  08505
Telephone:  (609) 298-1350
Attorney for Debtor

Order Filed on September 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Andrew B. Weber, Debtor

Case Number:     17-19143

Hearing Date:    September 5, 2017

Judge:           Michael B. Kaplan

Chapter:         13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 8, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Jonas Singer, Esquire_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

***CONFIRMATION HEARING SCHEDULED FOR 11/28/2017 at 10:00 A.M., TRENTON, COURTROOM #8***

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew B. Weber  
    Debtor

Case No. 17-19143-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 08, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db          +Andrew B. Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL
       TRUST3-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Jonas   Singer    on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,
       jsinger@jerseylawyer.net
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
       York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5
       Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
       New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust
       2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
                                             TOTAL: 7