| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Andrew B. Weber | Case No.: 17-19143<br>Chapter: 13<br>Judge: Michael B. Kaplan |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Jonas Singer, Esq.

This will confirm that on 11/21/2017 the following document(s) was filed by you.

☒  Amendment to Schedule(s)  J ,

☐  Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒  Declaration About an Individual Debtor's Schedules (106 Declaration)

☒  An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐  Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐  An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 11/22/2017                                                Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew B. Weber  
    Debtor

Case No. 17-19143-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 22, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.  
db          +Andrew B. Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:  
            Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
            Albert    Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor    CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL  
             TRUST3-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Jonas   Singer     on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,  
             jsinger@jerseylawyer.net  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
            William M.E. Powers     on behalf of Creditor    The Bank of New York Mellon fka The Bank of New  
             York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5  
             Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com  
            William M.E. Powers, III     on behalf of Creditor    The Bank of New York Mellon fka The Bank of  
             New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust  
             2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com  
                                                                                                                   TOTAL: 7