UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonas Singer, Esquire
WELLS & SINGER LAW OFFICE, LLC.
789 Farnsworth Avenue
P.O. Box 226
Bordentown, NJ   08505
Telephone: (609) 298-1350
Telefax no: (609) 298-9158
Attorneys for Debtor

---

| In Re: | : | Case No. 17-19143 |
|---|---|---|
|  | : | Hearing Date:  September 17, 2019 |
| ANDREW B. WEBER, | : | Judge: Michael B. Kaplan |
|  | : | Chapter: 13 |
| Debtor. | : |  |

CERTIFICATION OF DEBTOR IN OBJECTION TO TRUSTEE'S MOTION TO DISMISS

1. I am the debtor in the above bankruptcy case. The case was commenced on May 3, 2017, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. At my 341 meeting of creditors held at the office of Trustee Albert Russo on November 9, 2017, I testified as to receiving a yearly bonus in addition to my income as well as the fact that the bonus is discretionary and not part of my salary, and further that any bonus received is used for medical needs for my wife and children.

3. The Trustee has filed a Motion to Dismiss Case or for Entry of a Wage Order, returnable on September 17, 2019, on the basis that I did not turn-over funds from my bonus to the Trustee.

1

4. In March 2018, I received a bonus of $8,875.00, and after deduction of taxes ($3,248.53), the actual net amount received was $5,628.42.

5. As I advised, I no longer have the funds from my bonus; all bonus money that I received was used to meet my insurance deductible to pay for costly medication that my wife uses to stabilize her severe psoriasis, psoriatic arthritis and crohns disease. She is prescribed Humira which is a biologic injectable medicine to help deal with the symptoms, and needs to be administered three (3) times per month. The medication is extremely expensive, but necessary. My current healthcare plan will only cover 75% of the medication after my $7,125.00 annual deductible is met. See attached summary of my benefits and covering confirming my deductible together with evidence of my medical expenses used to meet my deductible.

6. My yearly bonus can range anywhere from 1%-10% of my salary, depending on company profits and local business success. With the economy, future bonuses are not guaranteed, and thus I cannot count on same as part of my salary.

7. My attorney will submit revised Schedules I&J to include the bonus income and expenses incurred, as well as a revised Chapter 13 plan and Motion on notice to creditors, simultaneously with this certification.

8. I have been making payments under my Plan since June 1, 2017, and for the foregoing reasons, I am requesting that the Trustee withdraw his Motion to Dismiss and allow me to complete my plan as projected without the need for wage execution, as I do not want my employer to be informed of my bankruptcy filing.

I certify that the foregoing statements made by me are true; I am aware that if any of the statements made above are willfully false, I am subject to punishment.

Dated: September 4, 2019

/s/ *Andrew B. Weber*
_____
ANDREW B. WEBER, Debtor

ANDREW B WEBER Alight Solutions - 08-22-2019 3:31 p.m. Central Daylight Time

## Medical Coverage Details

### Summary of Benefits and Coverage

|  | UHC PPO Basic with HSA |
|---|---|
| Coverage Details | Check with Plan |

### Plan Facts

|  | UHC PPO Basic with HSA |
|---|---|
| **Plan Facts** | |
| Carrier address | PO Box 30555 Salt Lake City, UT 84130 |
| Web site | myuhc.com |
| Member services phone number | 1-800-996-2057 |
| Find a network provider | |
| Need to file claims | In Network<br>No<br>Out of Network<br>Yes |
| Ability to self-refer to OB/GYN | Yes |
| Ability to self-refer to specialists | Yes |
| Binding arbitration | Yes |

### Cost

|  | UHC PPO Basic with HSA |
|---|---|
| **Health Savings Account -- Account Information** | |
| Health Savings Account--ER amount: You only | $600 |
| Health Savings Account--ER amount: You and spouse | $1,200 |
| Health Savings Account--ER amount: You and child | $1,200 |
| Health Savings Account--ER amount: You and family | $1,200 |
| Eligible expenses for reimbursement | Refer to the IRS guidelines for all eligible reimbursements |
| Health Savings Account Web Site | optumbank.com/ |
| **Plan Prices** | |
| You Only | Not Applicable |
| You + 1 | Not Applicable |
| You + 2 or More | $3,235.76 |

### Coverage

|  | UHC PPO Basic with HSA |
|---|---|
| **General Medical Expenses** | |
| Annual deductible | In Network<br>$2,850 Employee; $5,700 Employee + 1; $7,125 Family<br>Out of Network<br>$5,700 Employee; $11,400 Employee + 1; $14,250 Family |
| Coinsurance percentage | In Network<br>In Network Tier 1: 70% after deductible/ Tier 2: PCP $40 copay + 60%: Spec.$80 copay + 60% Coins after deductible/ Profee 60%<br>Out of Network<br>40% of allowable amount after deductible is met |
| Primary doctor office visit | In Network<br>In Network Tier 1: 70% after ded/ Tier 2: PCP $40 copay + 60% after ded<br>Out of Network<br>40% of allowable amount after deductible is met |
| Specialist office visit | In Network<br>In Network Tier 1: 70% after ded/ Tier 2: spec $80 copay + 60% after ded.<br>Professional Fees - In Network Tier 1: 70% after ded/ Tier 2: profee 60% after ded<br>Out of Network<br>40% of allowable amount after deductible is met |
| Out-of-pocket maximum | In Network<br>$5,000 Employee; $10,000 Employee + 1; $12,500 Family<br>Out of Network<br>$10,000 Employee; $20,000 Employee + 1; $25,000 Family |
| Lifetime coverage limit | In Network<br>Does not apply |

|  | UHC PPO Basic with HSA |
|---|---|
|  | **Out of Network**<br>Does not apply |
| **Inpatient Hospital Care** | |
| Hospital copay | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Hospital semi-private room | **In Network**<br>70% covered after deductible is met; limited to semi-private room negotiated rate<br>**Out of Network**<br>40% covered after plan and hospital copay/deductible; limited to semi-private room negotiated rate |
| Inpatient physician and surgeon services | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Inpatient lab and X-ray | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| **Outpatient Care** | |
| Outpatient surgery | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Outpatient laboratory services | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Outpatient X-ray | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Emergency room (not followed by admission) | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>70% covered after deductible; for non-true ER care, check with plan for more info |
| Urgent care clinic visit | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Ambulance services | 70% covered after deductible |
| Durable medical equipment | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| **Prescription Drug Expenses** | |
| Prescription drug vendor | UHC/Optum RX |
| Prescription drug Web site | myuhc.com |
| Prescription drug member services phone number | 1-800-996-2057 |
| Rx subject to overall medical OOP max only (not medical ded) | No |
| Does Rx deductible apply to medical OOP max? | Not applicable |
| Annual prescription deductible | Not applicable |
| Retail generic | 90% covered after deductible is met; $5 minimum; $50 maximum; 30 day supply |
| Retail formulary brand | 75% covered after deductible is met; $30 minimum; $85 maximum; 30 day supply |
| Retail nonformulary brand | 50% covered after deductible is met; $75 minimum; $125 maximum; 30 day supply |
| Mail order generic | 90% covered after deductible is met; $12.50 minimum; $125 maximum; 90 day supply |
| Mail order formulary brand | 75% covered after deductible is met; $75 minimum; $200 maximum; 90 day supply |
| Mail order nonformulary brand | 50% covered after deductible is met; $150 minimum; $300 maximum; 90 day supply |
| **Preventive Care** | |
| Annual physical exam | **In Network**<br>100% covered; office visit deductible is waived<br>**Out of Network**<br>40% of allowable amount; deductible is waived |

|  | UHC PPO Basic with HSA |
|---|---|
| Well-woman exam (includes pap) | **In Network**<br>100% covered; office visit deductible is waived<br>**Out of Network**<br>40% of allowable amount; deductible is waived |
| Pediatric exams | **In Network**<br>100% covered; deductible is waived<br>**Out of Network**<br>40% of allowable amount; deductible is waived |
| Immunizations (child) | **In Network**<br>100% covered; office visit deductible is waived<br>**Out of Network**<br>40% covered; office visit deductible is waived; Flu shots covered 100% |
| Mammogram | **In Network**<br>100% covered; deductible is waived<br>**Out of Network**<br>40% of allowable amount; deductible is waived |
| Allergy tests and treatments | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Routine vision exams | **In Network**<br>100% covered after $25 copay; one visit maximum exam every calendar year<br>**Out of Network**<br>100% covered after $25 copay; one visit maximum exam every calendar year |
| Hearing evaluations | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| **Family Planning** | |
| Fertility services | **In Network**<br>70% covered after deductible is met; $20,000 lifetime maximum; authorization required from Reproductive Resource Services; contact United Healthcare at 1-800-996-2057<br>**Out of Network**<br>Not covered |
| Office visit: Pre/postnatal | **In Network**<br>Routine prenatal care covered 100%; Postnatal care is not covered as a preventive benefit and cost-sharing may apply.<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| In-hospital delivery services | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Newborn nursery services | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| **Mental Health and Substance Abuse Care** | |
| Mental Health: Outpatient coverage | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Mental Health: Inpatient coverage | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| **Medical Therapy** | |
| Acupuncture | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |
| Chiropractic | **In Network**<br>70% covered after deductible is met; 30 visit maximum per calendar year<br>**Out of Network**<br>40% of allowable amount after deductible is met; 30 visit maximum per calendar year |
| Outpatient physical therapy | **In Network**<br>After deductible is met; Coinsurance applies; 25 visit maximum combined per calendar year; Physical Therapy for children birth to age 18 are allowed 60 visits per calendar year<br>**Out of Network**<br>After deductible is met; Coinsurance applies; 25 visit maximum combined per |

| | UHC PPO Basic with HSA |
|---|---|
| | calendar year; Physical Therapy for children birth to age 18 are allowed 60 visits per calendar year |
| Outpatient speech therapy | **In Network**<br>After deductible is met; Coinsurance applies; 25 visit maximum combined per calendar year; Speech therapy for children birth to age 18 are allowed 90 visits per calendar year<br>**Out of Network**<br>After deductible is met; Coinsurance applies; 25 visit maximum combined per calendar year; Speech therapy for children birth to age 18 are allowed 90 visits per calendar year |
| Outpatient occupational therapy | **In Network**<br>After deductible is met; Coinsurance applies; 25 visit maximum combined per calendar year; Occupational Therapy for children birth to age 18 are allowed 60 visits per calendar year<br>**Out of Network**<br>Check with Plan |
| **Care at Alternate Sites** | |
| Noncustodial home health care | **In Network**<br>70% covered after deductible is met; 75 visit max. combined per calendar year<br>**Out of Network**<br>40% of allowable amount after deductible is met; Coinsurance applies; 75 visit maximum combined per calendar year |
| Prescribed care in noncustodial skilled nursing facility | **In Network**<br>70% covered after deductible is met; 60 days combined maximum per calendar year<br>**Out of Network**<br>40% of allowable amount after deductible is met; 60 days combined maximum per calendar year |
| Hospice care | **In Network**<br>70% covered after deductible is met<br>**Out of Network**<br>40% of allowable amount after deductible is met |

The comparison charts are compiled using information that applies to a large number of health plan users and is commonly reported by the health plans. Depending on the chart type, such as charts for dental and vision plans, certain information and/or sections won't appear because the necessary data isn't available. In addition, the charts may not take into account how each plan covers any state-mandated benefits, its plan administration capabilities, or the approval from the state Department of Insurance on the benefits offered by the plan. If you have questions about a topic that isn't covered in the charts, contact the plan's member services department for additional information. Neither Jones Lang LaSalle nor Alight Solutions is responsible for the accuracy of this information. If there is a discrepancy between the information displayed on these charts and the official plan documents, the official plan documents will control. Jones Lang LaSalle reserves the right to amend, suspend, or terminate the plan(s) or program(s) at any time.

Print Claims 

## Displaying claims 51 of 51

Sort By: You Paid - Highest to Lowest

---

Danielle's Claim Date of Service - 07/26/2018 — Processed - 07/26/2018

**Provider: Briovarx**   MEDICAL Claim # 182077886506226999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $3,301.64 | $0.00 | $3,301.64 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 08/23/2018 — Processed - 08/23/2018

**Provider: Briovarx**   MEDICAL Claim # 182354961718268999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $4,329.16 | $1,430.02 | $2,899.14 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 09/13/2018 — Processed - 09/13/2018

**Provider: Briovarx**   MEDICAL Claim # 182565464820246999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $4,829.16 | $4,402.85 | $426.31 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 12/21/2018 — Processed - 12/27/2018

**Provider: J Schnell**   MEDICAL Claim # 7543667486

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $452.00 | $304.47 | $112.19 | $0.00 |

Mark As Paid: True

---

Danielle's Claim Date of Service - 12/18/2018 — Processed - 12/18/2018

**Provider: Briovarx**   MEDICAL Claim # 183524096833228999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $4,829.16 | $4,744.16 | $85.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 11/20/2018 — Processed - 11/19/2018

**Provider: Briovarx**   MEDICAL Claim # 183238287591202999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $4,829.16 | $4,744.16 | $85.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 10/05/2018 — Processed - 10/05/2018

**Provider: Briovarx**   MEDICAL Claim # 182784212942246999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $4,829.16 | $4,744.16 | $85.00 | |

Mark As Paid: False

How is your visit? ✕

| Jordan's Claim Date of Service - 10/31/2018 | | Processed - 11/11/2018 |
|---|---|---|
| **Provider: P Courtney** | MEDICAL Claim # 7447336186 | Amount Billed $250.00 / Plan Paid $142.84 / You Paid $61.22 / You May Owe $0.00<br>Mark As Paid: True |

| Jordan's Claim Date of Service - 09/10/2018 | | Processed - 09/10/2018 |
|---|---|---|
| **Provider: Sav-on Pharmacy #3961 3961** | MEDICAL Claim # 182534150131247999 | Amount Billed $20.52 / Plan Paid $0.00 / You Paid $20.52 / You May Owe $0.00<br>Mark As Paid: False |

| Danielle's Claim Date of Service - 11/16/2018 | | Processed - 11/16/2018 |
|---|---|---|
| **Provider: Sav-on Pharmacy #3961 3961** | MEDICAL Claim # 183202462505240999 | Amount Billed $129.86 / Plan Paid $116.87 / You Paid $12.99 / You May Owe $0.00<br>Mark As Paid: False |

| Andrew's Claim Date of Service - 07/18/2018 | | Processed - 07/18/2018 |
|---|---|---|
| **Provider: Savon Pharmacy 7961** | MEDICAL Claim # 181992992454269999 | Amount Billed $5.47 / Plan Paid $0.00 / You Paid $5.47 / You May Owe $0.00<br>Mark As Paid: False |

| Brandon's Claim Date of Service - 12/16/2018 | | Processed - 12/16/2018 |
|---|---|---|
| **Provider: Sav-on Pharmacy #3961 3961** | MEDICAL Claim # 183504231095246999 | Amount Billed $6.41 / Plan Paid $1.41 / You Paid $5.00 / You May Owe $0.00<br>Mark As Paid: False |

| Andrew's Claim Date of Service - 10/05/2018 | | Processed - 10/05/2018 |
|---|---|---|
| **Provider: Sav-on Pharmacy #3961 3961** | MEDICAL Claim # 182784770355273998 | Amount Billed $21.08 / Plan Paid $16.08 / You Paid $5.00 / You May Owe $0.00<br>Mark As Paid: False |

| Danielle's Claim Date of Service - 06/27/2018 | | Processed - 06/27/2018 |
|---|---|---|
| **Provider: Briovarx** | MEDICAL Claim # 181780641703266999 | Amount Billed $5.00 / Plan Paid $0.00 / You Paid $5.00 / You May Owe $0.00<br>Mark As Paid: False |

| Danielle's Claim Date of Service - 06/09/2018 | | Processed - 06/08/2018 |
|---|---|---|
| **Provider: Briovarx** | MEDICAL Claim # 181598044178274999 | Amount Billed $3,408.65 / Plan Paid $3,403.65 / You Paid $5.00 / You May Owe $0.00<br>Mark As Paid: False |

| Danielle's Claim Date of Service - 05/11/2018 | | Processed - 05/11/2018 |
|---|---|---|
| Provider: Briovarx | MEDICAL Claim # 181315172383234999 | Amount Billed $3,403.65  Plan Paid $3,398.65  You Paid $5.00  You May Owe $0.00<br>Mark As Paid: False |

| Danielle's Claim Date of Service - 02/17/2018 | | Processed - 02/17/2018 |
|---|---|---|
| Provider: Briovarx | MEDICAL Claim # 180480774192261999 | Amount Billed $5.00  Plan Paid $0.00  You Paid $5.00  You May Owe $0.00<br>Mark As Paid: False |

| Danielle's Claim Date of Service - 01/23/2018 | | Processed - 01/23/2018 |
|---|---|---|
| Provider: Briovarx | MEDICAL Claim # 180231029263203999 | Amount Billed $5.00  Plan Paid $0.00  You Paid $5.00  You May Owe $0.00<br>Mark As Paid: False |

| Andrew's Claim Date of Service - 07/28/2018 | | Processed - 07/28/2018 |
|---|---|---|
| Provider: Savon Pharmacy 7961 | MEDICAL Claim # 182092429840276999 | Amount Billed $4.09  Plan Paid $0.00  You Paid $4.09  You May Owe $0.00<br>Mark As Paid: False |

| Andrew's Claim Date of Service - 10/03/2018 | | Processed - 10/03/2018 |
|---|---|---|
| Provider: Sav-on Pharmacy #3961 3961 | MEDICAL Claim # 182762679819204999 | Amount Billed $3.57  Plan Paid $0.00  You Paid $3.57  You May Owe $0.00<br>Mark As Paid: False |

| Brandon's Claim Date of Service - 04/11/2018 | | Processed - 04/17/2018 |
|---|---|---|
| Provider: W Jacques | MEDICAL Claim # 7095947119 | Amount Billed $35.00  Plan Paid $0.00  You Paid $0.00  You May Owe $0.00<br>Mark As Paid: False |

| Brandon's Claim Date of Service - 04/11/2018 | | Processed - 04/17/2018 |
|---|---|---|
| Provider: W Jacques | MEDICAL Claim # 7095947119 | Amount Billed $185.00  Plan Paid $87.22  You Paid $0.00  You May Owe $0.00<br>Mark As Paid: False |

| Brandon's Claim Date of Service - 04/11/2018 | | Processed - 04/17/2018 |
|---|---|---|
| Provider: W Jacques | MEDICAL Claim # 7095947119 | Amount Billed $20.00  Plan Paid $5.76  You Paid $0.00  You May Owe $0.00<br>Mark As Paid: False |

| Brandon's Claim Date of Service - 04/11/2018 | | | | | Processed - 04/17/2018 |
|---|---|---|---|---|---|
| **Provider: W Jacques** | MEDICAL Claim # 7095947119 | Amount Billed $450.00 | Plan Paid $350.32 | You Paid $0.00 | You May Owe $0.00 |
| | | Mark As Paid: False | | | |

| Jordan's Claim Date of Service - 04/05/2018 | | | | | Processed - 04/14/2018 |
|---|---|---|---|---|---|
| **Provider: W Jacques** | MEDICAL Claim # 7089385224 | Amount Billed $20.00 | Plan Paid $5.76 | You Paid $0.00 | You May Owe $0.00 |
| | | Mark As Paid: False | | | |

| Jordan's Claim Date of Service - 04/05/2018 | | | | | Processed - 04/14/2018 |
|---|---|---|---|---|---|
| **Provider: W Jacques** | MEDICAL Claim # 7089385224 | Amount Billed $35.00 | Plan Paid $0.00 | You Paid $0.00 | You May Owe $0.00 |
| | | Mark As Paid: False | | | |

| Jordan's Claim Date of Service - 04/05/2018 | | | | | Processed - 04/14/2018 |
|---|---|---|---|---|---|
| **Provider: W Jacques** | MEDICAL Claim # 7089385224 | Amount Billed $185.00 | Plan Paid $87.22 | You Paid $0.00 | You May Owe $0.00 |
| | | Mark As Paid: False | | | |

| Andrew's Claim Date of Service - 07/18/2018 | | | | | Processed - 08/03/2018 |
|---|---|---|---|---|---|
| **Provider: S Shapiro** | MEDICAL Claim # 7283434443 | Amount Billed $0.00 | Plan Paid $0.00 | You Paid $0.00 | You May Owe $0.00 |
| | | Mark As Paid: False | | | |

| Andrew's Claim Date of Service - 07/18/2018 | | | | | Processed - 08/03/2018 |
|---|---|---|---|---|---|
| **Provider: S Shapiro** | MEDICAL Claim # 7283434443 | Amount Billed $194.00 | Plan Paid $0.00 | You Paid $0.00 | You May Owe $42.65 |
| | | Mark As Paid: False | | | |

| Andrew's Claim Date of Service - 04/19/2018 | | | | | Processed - 04/23/2018 |
|---|---|---|---|---|---|
| **Provider: S Shapiro** | MEDICAL Claim # 7106176706 | Amount Billed $0.00 | Plan Paid $0.00 | You Paid $0.00 | You May Owe $0.00 |
| | | Mark As Paid: False | | | |

| Andrew's Claim Date of Service - 04/19/2018 | | | | | Processed - 04/23/2018 |
|---|---|---|---|---|---|
| **Provider: S Shapiro** | MEDICAL Claim # 7106176706 | Amount Billed $307.00 | Plan Paid $0.00 | You Paid $0.00 | You May Owe $67.33 |
| | | Mark As Paid: False | | | |

| Andrew's Claim Date of Service - 12/27/2018 | | | | | Processed - 01/03/2019 |
|---|---|---|---|---|---|
| **Provider: R** | MEDICAL Claim # | | | | |

Mignone  7553746743

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $772.00 | $205.95 | $0.00 | $86.12 |

Mark As Paid: False

---

Jordan's Claim Date of Service - 10/31/2018                         Processed - 11/11/2018

Provider: P Courtney      MEDICAL Claim # 7447336186

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $92.00 | $39.04 | $0.00 | $16.73 |

Mark As Paid: False

---

Jordan's Claim Date of Service - 09/10/2018                         Processed - 09/27/2018

Provider: P Alizadeh      MEDICAL Claim # 7376217912

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $95.00 | $31.42 | $0.00 | $13.46 |

Mark As Paid: False

---

Brandon's Claim Date of Service - 09/10/2018                        Processed - 09/27/2018

Provider: P Alizadeh      MEDICAL Claim # 7376217732

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $95.00 | $31.42 | $0.00 | $13.46 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 11/29/2018                       Processed - 12/11/2018

Provider: Laboratory Corp Of      MEDICAL Claim # 7504781658

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $366.00 | $41.72 | $0.00 | $17.87 |

Mark As Paid: False

---

Andrew's Claim Date of Service - 07/28/2018                         Processed - 07/30/2018

Provider: J Hughes     MEDICAL Claim # 8421640817

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $303.00 | $49.09 | $0.00 | $21.03 |

Mark As Paid: False

---

Brandon's Claim Date of Service - 12/21/2018                        Processed - 12/28/2018

Provider: J Fritz     MEDICAL Claim # 7545566735

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $100.00 | $22.32 | $0.00 | $9.57 |

Mark As Paid: False

---

Brandon's Claim Date of Service - 11/30/2018                        Processed - 12/11/2018

Provider: J Fritz     MEDICAL Claim # 7500915412

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $830.00 | $280.77 | $0.00 | $120.31 |

Mark As Paid: False

---

Brandon's Claim Date of Service - 11/30/2018                        Processed - 12/14/2018

Provider: J Fritz     MEDICAL Claim # 7500915412

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| -$830.00 | -$280.77 | $0.00 | $0.00 |

Mark As Paid: False

Brandon's Claim Date of Service - 11/30/2018 — Processed - 12/14/2018

Provider: J Fritz    MEDICAL Claim # 7500915412

Amount Billed  Plan Paid  You Paid  You May Owe
$830.00        $0.00      $0.00     $613.19
Mark As Paid: False

---

Brandon's Claim Date of Service - 10/05/2018 — Processed - 10/12/2018

Provider: J Fritz    MEDICAL Claim # 7406378750

Amount Billed  Plan Paid  You Paid  You May Owe
$465.00        $92.90     $0.00     $39.82
Mark As Paid: False

---

Brandon's Claim Date of Service - 12/16/2018 — Processed - 12/25/2018

Provider: Drx Hamilton Llc    MEDICAL Claim # 7534212498

Amount Billed  Plan Paid  You Paid  You May Owe
$268.00        $78.16     $0.00     $33.50
Mark As Paid: False

---

Jordan's Claim Date of Service - 01/31/2018 — Processed - 02/12/2018

Provider: Drx Hamilton Llc    MEDICAL Claim # 6971459546

Amount Billed  Plan Paid  You Paid  You May Owe
$280.00        $0.00      $0.00     $118.79
Mark As Paid: False

---

Danielle's Claim Date of Service - 01/31/2018 — Processed - 02/12/2018

Provider: Drx Hamilton Llc    MEDICAL Claim # 6971459545

Amount Billed  Plan Paid  You Paid  You May Owe
$280.00        $0.00      $0.00     $118.79
Mark As Paid: False

---

Andrew's Claim Date of Service - 10/03/2018 — Processed - 10/06/2018

Provider: Doctor On Demand    MEDICAL Claim # 7394817978

Amount Billed  Plan Paid  You Paid  You May Owe
$49.00         $34.30     $0.00     $14.70
Mark As Paid: False

---

Danielle's Claim Date of Service - 11/15/2018 — Processed - 11/17/2018

Provider: D Nieves    MEDICAL Claim # 7473906109

Amount Billed  Plan Paid  You Paid  You May Owe
$381.24        $156.23    $0.00     $66.96
Mark As Paid: False

---

Danielle's Claim Date of Service - 03/03/2018 — Processed - 03/06/2018

Provider: D Nieves    MEDICAL Claim # 7022613906

Amount Billed  Plan Paid  You Paid  You May Owe
$210.40        $0.00      $0.00     $127.10
Mark As Paid: False

---

Jordan's Claim Date of Service - 08/14/2018 — Processed - 08/30/2018

Provider: D Baiser    MEDICAL Claim # 7328461485

Amount Billed  Plan Paid  You Paid  You May Owe
$95.00         $0.00      $0.00     $53.17
Mark As Paid: False

---

**Andrew's Claim Date of Service - 10/05/2018**                              Processed - 10/15/2018

**Provider: A Chaudhry**    MEDICAL Claim # 7408722207

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $130.00 | $55.29 | $0.00 | $23.70 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 11/16/2018                                Processed - 11/26/2018

**Provider: Sav-on Pharmacy #3961 3961**    MEDICAL Claim # 183202462505240999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| -$129.86 | -$116.87 | -$12.99 | $0.00 |

Mark As Paid: False

**Provider: Briovarx Of Indiana**  MEDICAL Claim # 190804330754223999
Amount Billed $5,123.07  Plan Paid $5,118.07  You Paid $5.00  You May Owe $0.00
Mark As Paid: False

---

Jordan's Claim Date of Service - 03/18/2019                           Processed - 03/20/2019

**Provider: J Simon**  MEDICAL Claim # 7694897340
Amount Billed $149.69   Plan Paid $35.74   You Paid $52.07   You May Owe $0.00
Mark As Paid: False

Jordan's Claim Date of Service - 03/18/2019                           Processed - 03/18/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 190775507465276998
Amount Billed $38.47   Plan Paid $0.00   You Paid $38.47   You May Owe $0.00
Mark As Paid: False

---

Danielle's Claim Date of Service - 02/27/2019                         Processed - 02/27/2019

**Provider: Briovarx**  MEDICAL Claim # 190585318574269999
Amount Billed $5,042.85   Plan Paid $5,037.85   You Paid $5.00   You May Owe $0.00
Mark As Paid: False

Jordan's Claim Date of Service - 01/31/2019                           Processed - 02/11/2019

**Provider: M Blair**  MEDICAL Claim # 7621617594
Amount Billed $135.00   Plan Paid $0.00   You Paid $58.11   You May Owe $0.00
Mark As Paid: True

---

Jordan's Claim Date of Service - 02/07/2019                           Processed - 02/10/2019

**Provider: J Boozan**  MEDICAL Claim # 7623330432
Amount Billed $400.00   Plan Paid $0.00   You Paid $316.67   You May Owe $0.00
Mark As Paid: False

---

Danielle's Claim Date of Service - 02/04/2019                         Processed - 02/04/2019

**Provider: Briovarx**  MEDICAL Claim # 190356025195235999
Amount Billed $4,703.07   Plan Paid $2,696.14   You Paid $2,006.93   You May Owe $0.00
Mark As Paid: False

Danielle's Claim Date of Service - 01/11/2019                         Processed - 01/11/2019

**Provider: Briovarx**  MEDICAL Claim # 190114597093254999
Amount Billed $4,703.07   Plan Paid $0.00   You Paid $4,703.07   You May Owe $0.00
Mark As Paid: False

Brandon's Claim Date of Service - 04/12/2019 — Processed - 04/18/2019

**Provider: M Boim**  MEDICAL Claim # 7747707883

Amount Billed  Plan Paid  You Paid  You May Owe
$195.00  $173.16  $0.00  $0.00
Mark As Paid: False

---

Brandon's Claim Date of Service - 04/12/2019 — Processed - 04/18/2019

**Provider: M Boim**  MEDICAL Claim # 7747707883

Amount Billed  Plan Paid  You Paid  You May Owe
$10.00  $0.00  $0.00  $0.00
Mark As Paid: False

---

Brandon's Claim Date of Service - 04/12/2019 — Processed - 04/18/2019

**Provider: M Boim**  MEDICAL Claim # 7747707883

Amount Billed  Plan Paid  You Paid  You May Owe
$220.00  $85.72  $0.00  $0.00
Mark As Paid: False

---

Brandon's Claim Date of Service - 04/12/2019 — Processed - 04/18/2019

**Provider: M Boim**  MEDICAL Claim # 7747707883

Amount Billed  Plan Paid  You Paid  You May Owe
$20.00  $0.00  $0.00  $0.00
Mark As Paid: False

---

Andrew's Claim Date of Service - 04/12/2019 — Processed - 04/15/2019

**Provider: M Chavez Santos**  MEDICAL Claim # 8617857441

Amount Billed  Plan Paid  You Paid  You May Owe
$395.00  $30.13  $0.00  $55.49
Mark As Paid: False

---

Brandon's Claim Date of Service - 03/27/2019 — Processed - 04/04/2019

**Provider: W Jacques**  MEDICAL Claim # 7723519885

Amount Billed  Plan Paid  You Paid  You May Owe
$135.00  $13.75  $0.00  $44.36
Mark As Paid: False

---

Jordan's Claim Date of Service - 03/18/2019 — Processed - 03/28/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 190775507465276998

Amount Billed  Plan Paid  You Paid  You May Owe
-$38.47  $0.00  -$38.47  $0.00
Mark As Paid: False

---

Brandon's Claim Date of Service - 03/27/2019 — Processed - 03/27/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 190864947333207999

Amount Billed  Plan Paid  You Paid  You May Owe
$3.40  $0.00  $3.40  $0.00
Mark As Paid: False

---

Danielle's Claim Date of Service - 03/21/2019 — Processed - 03/21/2019

Mark As Paid: False

---

Danielle's Claim Date of Service - 05/15/2019 — Processed - 05/20/2019

**Provider: D Nieves** MEDICAL Claim # 7803883971

Amount Billed $145.19  Plan Paid $58.74  You Paid $25.18  You May Owe $0.00
Mark As Paid: True

---

Danielle's Claim Date of Service - 05/15/2019 — Processed - 05/15/2019

**Provider: Briovarx Of Indiana**  MEDICAL Claim # 191354294388211999

Amount Billed $5,178.95  Plan Paid $5,173.95  You Paid $5.00  You May Owe $0.00
Mark As Paid: False

---

Andrew's Claim Date of Service - 04/25/2019 — Processed - 05/04/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 191153176254215999

Amount Billed -$10.50  Plan Paid $0.00  You Paid -$10.50  You May Owe $0.00
Mark As Paid: False

---

Andrew's Claim Date of Service - 04/25/2019 — Processed - 05/04/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 191153170305218998

Amount Billed -$42.62  Plan Paid $0.00  You Paid -$42.62  You May Owe $0.00
Mark As Paid: False

---

Brandon's Claim Date of Service - 04/26/2019 — Processed - 05/01/2019

**Provider: Laboratory Corp Of**  MEDICAL Claim # 7773867984

Amount Billed $577.00  Plan Paid $56.67  You Paid $0.00  You May Owe $0.00
Mark As Paid: False

---

Andrew's Claim Date of Service - 04/25/2019 — Processed - 04/25/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 191153176254215999

Amount Billed $10.50  Plan Paid $0.00  You Paid $10.50  You May Owe $0.00
Mark As Paid: False

---

Andrew's Claim Date of Service - 04/25/2019 — Processed - 04/25/2019

**Provider: Sav-on Pharmacy #3961 3961**  MEDICAL Claim # 191153170305218998

Amount Billed $42.62  Plan Paid $0.00  You Paid $42.62  You May Owe $0.00
Mark As Paid: False

---

Danielle's Claim Date of Service - 04/19/2019 — Processed - 04/19/2019

**Provider: Briovarx Of Indiana**  MEDICAL Claim # 191091582056267999

Amount Billed $5,178.95  Plan Paid $5,173.95  You Paid $5.00  You May Owe $0.00
Mark As Paid: False

Mark As Paid: False

---

Danielle's Claim Date of Service - 05/28/2019 — Processed - 06/27/2019

**Provider: Radiology Affil**    MEDICAL Claim # 7875167773

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $1,206.00 | $325.74 | $0.00 | $139.60 |

Mark As Paid: False

---

Brandon's Claim Date of Service - 06/24/2019 — Processed - 06/26/2019

**Provider: A Mccullough**    MEDICAL Claim # 7872959376

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $2,035.00 | $360.60 | $0.00 | $320.39 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 06/23/2019 — Processed - 06/23/2019

**Provider: Sav-on Pharmacy #3961 3961**    MEDICAL Claim # 191744811778249998

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $16.13 | $11.13 | $5.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 06/05/2019 — Processed - 06/05/2019

**Provider: Briovarx Of Indiana**    MEDICAL Claim # 1915638666490274999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $5,145.42 | $5,140.42 | $5.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 05/10/2019 — Processed - 05/21/2019

**Provider: Enzo Clinical Labs**    MEDICAL Claim # 7810076336

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $120.00 | $19.25 | $0.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 05/10/2019 — Processed - 05/21/2019

**Provider: Enzo Clinical Labs**    MEDICAL Claim # 7810076336

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $187.50 | $24.84 | $0.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 05/10/2019 — Processed - 05/21/2019

**Provider: Enzo Clinical Labs**    MEDICAL Claim # 7810076336

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $250.00 | $35.70 | $15.30 | $0.00 |

Mark As Paid: True

---

Danielle's Claim Date of Service - 05/10/2019 — Processed - 05/21/2019

**Provider: Advocare Burlington**    MEDICAL Claim # 7807901512

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $397.00 | $246.33 | $0.00 | $0.00 |

Mark As Paid: True

---

Jordan's Claim Date of Service - 07/26/2019     Processed - 08/09/2019

**Provider: W Jacques**

MEDICAL Claim # 7944701802

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $220.00 | $89.01 | $0.00 | $0.00 |

Mark As Paid: True

---

Jordan's Claim Date of Service - 07/29/2019     Processed - 08/01/2019

**Provider: Laboratory Corp Of**

MEDICAL Claim # 7932650597

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $123.00 | $9.73 | $0.00 | $0.00 |

Mark As Paid: False

---

Jordan's Claim Date of Service - 07/29/2019     Processed - 08/01/2019

**Provider: Laboratory Corp Of**

MEDICAL Claim # 7932650597

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $70.00 | $3.42 | $0.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 07/30/2019     Processed - 07/30/2019

**Provider: Briovarx Of Indiana**

MEDICAL Claim # 192113646640260999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $5,167.77 | $5,162.77 | $5.00 | $0.00 |

Mark As Paid: False

---

Andrew's Claim Date of Service - 07/27/2019     Processed - 07/27/2019

**Provider: Patient First Hamilton 59**

MEDICAL Claim # 192082626764270999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $14.05 | $9.05 | $5.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 06/23/2019     Processed - 07/03/2019

**Provider: Patient First**

MEDICAL Claim # 7872831534

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $297.00 | $76.26 | $32.68 | $0.00 |

Mark As Paid: True

---

Danielle's Claim Date of Service - 06/23/2019     Processed - 07/03/2019

**Provider: Patient First**

MEDICAL Claim # 7872831534

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $99.00 | $64.82 | $0.00 | $0.00 |

Mark As Paid: False

---

Danielle's Claim Date of Service - 07/03/2019     Processed - 07/02/2019

**Provider: Briovarx Of Indiana**

MEDICAL Claim # 191837930722267999

| Amount Billed | Plan Paid | You Paid | You May Owe |
|---|---|---|---|
| $5,167.77 | $5,162.77 | $5.00 | $0.00 |

## Print Claims 

**Displaying claims 47 of 47**                                Sort By: Processed Date - Newest to Oldest

---

Jordan's Claim Date of Service - 08/27/2019                            Processed - 08/29/2019

**Provider: Sav-on Pharmacy #3961 3961**   MEDICAL Claim # 192392727553255999   Amount Billed -$156.74   Plan Paid -$78.37   You Paid -$78.37   You May Owe $0.00
Mark As Paid: False

---

Jordan's Claim Date of Service - 08/27/2019                            Processed - 08/28/2019

**Provider: M Assadi-khansari**   MEDICAL Claim # 8661234311   Amount Billed $616.00   Plan Paid $72.63   You Paid $0.00   You May Owe $31.12
Mark As Paid: False

---

Jordan's Claim Date of Service - 08/27/2019                            Processed - 08/27/2019

**Provider: Sav-on Pharmacy #3961 3961**   MEDICAL Claim # 192392727553255999   Amount Billed $156.74   Plan Paid $78.37   You Paid $78.37   You May Owe $0.00
Mark As Paid: False

---

Danielle's Claim Date of Service - 08/22/2019                          Processed - 08/22/2019

**Provider: Briovarx Of Indiana**   MEDICAL Claim # 192343703375213999   Amount Billed $5,190.12   Plan Paid $5,185.12   You Paid $5.00   You May Owe $0.00
Mark As Paid: False

---

Andrew's Claim Date of Service - 07/27/2019                            Processed - 08/10/2019

**Provider: Patient First**   MEDICAL Claim # 7927442464   Amount Billed $147.00   Plan Paid $62.75   You Paid $0.00   You May Owe $26.89
Mark As Paid: False

---

Jordan's Claim Date of Service - 07/26/2019                            Processed - 08/09/2019

**Provider: W Jacques**   MEDICAL Claim # 7944701802   Amount Billed $20.00   Plan Paid $0.00   You Paid $0.00   You May Owe $0.00
Mark As Paid: False

---

Jordan's Claim Date of Service - 07/26/2019                            Processed - 08/09/2019

**Provider: W Jacques**   MEDICAL Claim # 7944701802   Amount Billed $10.00   Plan Paid $0.00   You Paid $0.00   

How is your visit? ✗