Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19143−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew B. Weber
   233 Fourth Street
   Fieldsboro, NJ 08505

Social Security No.:
   xxx−xx−1178

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 4, 2018.

On September 5, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              October 15, 2019
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 10, 2019
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-19143-MBK
Andrew B. Weber                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Sep 10, 2019
                             Form ID: 185             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
```
db           +Andrew B. Weber,   233 Fourth Street,    Fieldsboro, NJ 08505-1131
516806773    +Arcadia Recovery Bureau,    P.O. Box 6768,   Wyomissing, PA 19610-0768
516806774    +Bank of America,    P.O. Box 31785,   Tampa, FL 33631-3785
516806775    +Capital Health System,    750 Brunswick Pike,    Trenton, NJ 08638-4143
516806776    +Danielle Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131
516806777    +EMA Emergency Medical Associates,    P.O. Box 5333,   Parsippany, NJ 07054-6333
516806778    +Rima Zaman, Esquire,    FRENKEL LAMBERT WEISS WEISMAN & GORDON,   80 Main Street, Suite 460,
               West Orange, NJ 07052-5414
517115803     THE BANK OF NEW YORK MELLON,SERIES 2006-OC5,    c/o Shellpoint Mortgage Servicing,
               P.O. Box 10675,   Greenville, SC 29603-0675
517115804    +THE BANK OF NEW YORK MELLON,SERIES 2006-OC5,    c/o Shellpoint Mortgage Servicing,
               P.O. Box 10675,   Greenville, SC 29603-0675,   THE BANK OF NEW YORK MELLON,SERIES 2006-,
               c/o Shellpoint Mortgage Servicing 29603-0675
516854319     The Bank of New York Mellon fka ...,    c/o Bank of America,   P.O. Box 31785,
               Tampa, FL 33631-3785
516826370    +US Dept of Education,   MOHELA,    633 Spirit Dr.,   Chesterfield, MO 63005-1243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 23:30:37     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 23:30:31     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL
           TRUST3-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jonas  Singer     on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,
           jsinger@jerseylawyer.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5
           Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
           New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust
           2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
                                                                                              TOTAL: 7
```