UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonas Singer, Esquire
WELLS & SINGER LAW OFFICE, LLC.
789 Farnsworth Avenue
P.O. Box 226
Bordentown, NJ   08505
Telephone: (609) 298-1350
Telefax no: (609) 298-9158
Attorneys for Debtor

---

| In Re: | : | Case No. 17-19143 |
|---|---|---|
|  | : | Hearing Date:  October 23, 2019 |
| ANDREW B. WEBER, | : | Judge: Michael B. Kaplan |
|  | : | Chapter: 13 |
| Debtor. | : |  |

CERTIFICATION OF DEBTOR IN OBJECTION TO TRUSTEE'S MOTION TO DISMISS

1. I am the debtor in the above bankruptcy case. The case was commenced on May 3, 2017, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. At my 341 meeting of creditors held at the office of Trustee Albert Russo on November 9, 2017, I testified as to receiving a yearly bonus in addition to my income as well as the fact that the bonus is discretionary and not part of my salary, and further that any bonus received is used for medical needs for my wife and children.

3. The Trustee has filed a Motion to Dismiss Case or for Entry of a Wage Order, returnable on September 17, 2019, on the basis that I did not turn-over funds from my bonus to the Trustee.

4. In March 2018, I received a bonus of $8,875.00, and after deduction of taxes ($3,248.53), the actual net amount received was $5,628.42. A copy of this paystub was previously provided.

5. In March 2019, I received a bonus of $9,008.00, and after deductions of taxes ($3,577.45), the actual net amount received was $5,430.55. A copy of this paystub is attached.

6. As I advised in a previous certification, I no longer have the funds from my bonus; all bonus money that I received was used to meet my insurance deductible to pay for costly medication that my wife uses to stabilize her severe psoriasis, psoriatic arthritis and crohns disease. She is prescribed Humira which is a biologic injectable medicine to help deal with the symptoms, and needs to be administered three (3) times per month. The medication is extremely expensive, but necessary. My current healthcare plan will only cover 75% of the medication after my $7,125.00 annual deductible is met. See attached summary of my benefits and covering confirming my deductible together with evidence of my medical expenses used to meet my deductible.

7. My attorney has submitted revised Schedules I&J to include the bonus income and expenses incurred, as well as a revised Chapter 13 plan and Motion on notice to creditors.

8. In addition, I have submitted a CMA to the Trustee showing that my real estate is valued at $100,000.00 and my first mortgage balance is approximately $134,536.21.

9. I have been making payments under my Plan since June 1, 2017, and for the foregoing reasons, I am requesting that the Trustee withdraw his Motion to Dismiss and allow me to complete my plan as projected without the need for wage execution, as I do not want my employer to be informed of my bankruptcy filing.

I certify that the foregoing statements made by me are true; I am aware that if any of the statements made above are willfully false, I am subject to punishment.

Dated: October 17, 2019

/s/ *Andrew B. Weber*
_____
ANDREW B. WEBER, Debtor





Basis of Pay:        Salary
Filing Status:       Married

Authority/Exemption/Addtl.W/H
  Federal       04      0.00
  New Jersey    00      0.00

| Earnings | Rate | Hours | Amount | Year-to-Date |
|---|---|---|---|---|
| Salary Exempt | | | | 16,629.54 |
| Annual Bonus | | | 9,008.00 | 9,008.00 |
| Public Holiday | | | | 692.96 |
| Gross Pay | | | 9,008.00 | 26,330.50 |

Tax Deductions: Federal
  Withholding Tax                    1,882.67-     2,979.62-
  EE Social Security Tax               558.49-     1,579.99-
  EE Medicare Tax                      130.61-       369.51-
Tax Deductions: New Jersey
  Withholding Tax                      509.80-     1,214.46-
  EE Unemployment Tax                   34.45-       100.71-
  EE Workforce Devlpmt T                 3.83-        11.19-
  EE Family Leave Insur                  7.20-        21.06-

Additional Deductions
----------- ----------
  *Medical - Before Tax                              622.25-
  *Dental - Before Tax                               196.50-
  *401k EE pretax Regular                          1,212.60-
  *Vision - Before Tax                                58.25-
  *401K PreTax CMS/BONUS               450.40-       450.40-
  Dependent Life Child                                 1.50-
  Dependent Life                                       5.00-
  Group Accident                                      43.00-
  Supplemental Life                                   28.05-
  EAP Estate Guidance                                  2.90-
  401k Roth Post Regular                             692.90-

Total Net Pay                        5,430.55     16,740.61

Other Benefits and Information
                    This Period  Year-to-Date
------------------------------------------------
Corporate AD&D                            3.75
Corporate Life                           33.85
Den NonTxbl ER                          128.95
Corporate LTD                            52.60
Med NonTxbl ER                        3,105.10
401K ER Match         360.32          1,053.22
BrightHorizonFEE                          2.25
EAP Assistance                            3.30
FMLA Admin Fee                            2.25
HealthSav ER                            300.00
ShortTermDisab                            2.90
Corp Life Txbl                           30.25

Payment Method                         Amount
------------------------------------------------
Direct Deposit                        5,430.55

Your federal taxable wages    8,557.60
*Excluded from Federal Taxable Wages

Jones Lang LaSalle Americas, Inc.
200 E. Randolph
Chicago           IL   60601              Check Date: 03/11/2019
Phone 312-782-5800

THIS IS NOT A CHECK!!!                                NON NEGOTIABLE

Andrew B Weber            Bank transfer    XXXXX25135    031201360    USD    5,430.55