| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonas Singer, Esquire (N.J.I.D. 019661978)
Wells & Singer Law Office, LLC.
789 Farnsworth Avenue
P.O. Box 226
Bordentown, NJ   08505
Telephone:  (609) 298-1350
Attorney for Debtor

In Re:

ANDREW B. WEBER

Order Filed on February 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        17-19143

Chapter:        13

Hearing Date:   2/18/2020

Judge:          Michael B. Kaplan

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☑ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

Recommended Local Form:   ☑ Followed     ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 24, 2020**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 233 Fourth Street
   Fieldsboro, NJ  08505

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: MERS, nom for Hometrust Mtg
   b. Current Assignee: Bank of America
   c. Current Servicer: The Bank of New York Mellon FKA The Bank of NY
   d. Date of Mortgage/Lien: April 27, 2006
   e. Date of Recordation: May 17, 2006
   f. Place of Recordation: Burlington County Clerk's Office
      i. Mortgage Book: 10918
      ii. Page: 751
   g. Original Principal Balance of Mortgage/Lien: $ 34,500.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*