| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonas Singer, Esquire (N.J.I.D. 019661978)<br>Wells & Singer Law Office, LLC.<br>789 Farnsworth Avenue<br>P.O. Box 226<br>Bordentown, NJ   08505<br>Telephone:  (609) 298-1350<br>Attorney for Debtor | Order Filed on February 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>ANDREW B. WEBER | Case No: | 17-19143 |
| | Chapter: | 13 |
| | Hearing Date: | 2/18/2020 |
| | Judge: | Michael B. Kaplan |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,
VOIDING AND/OR DISCHARGE OF RECORD OF:**

☑ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER (specify)** _____

> Recommended Local Form:    ☑ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 24, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 233 Fourth Street
   Fieldsboro, NJ  08505

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: MERS, nom for Hometrust Mtg
   b. Current Assignee: Bank of America
   c. Current Servicer: The Bank of New York Mellon FKA The Bank of NY
   d. Date of Mortgage/Lien: April 27, 2006
   e. Date of Recordation: May 17, 2006
   f. Place of Recordation: Burlington County Clerk's Office
      i. Mortgage Book: 10918
      ii. Page: 751
   g. Original Principal Balance of Mortgage/Lien: $ 34,500.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew B. Weber  
    Debtor

Case No. 17-19143-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 24, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.  
db             +Andrew B. Weber,    233 Fourth Street,    Fieldsboro, NJ 08505-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:  
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL  
       TRUST3-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      Jonas   Singer    on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,  
       jsinger@jerseylawyer.net  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New  
       York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5  
       Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com  
      William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of  
       New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust  
       2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com  
                                                                                    TOTAL: 7