| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew B. Weber** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1178 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17–19143–MBK | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew B. Weber

3/12/20

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W | **Chapter 13 Discharge** | page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Andrew B. Weber
          Debtor

Case No. 17-19143-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 1          Date Rcvd: Mar 12, 2020
                        Form ID: 3180W        Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             +Andrew B. Weber,    233 Fourth Street,   Fieldsboro, NJ 08505-1131
516806773      +Arcadia Recovery Bureau,    P.O. Box 6768,   Wyomissing, PA 19610-0768
516806775      +Capital Health System,    750 Brunswick Pike,   Trenton, NJ 08638-4143
516806776      +Danielle Weber,    233 Fourth Street,   Fieldsboro, NJ 08505-1131
516806777      +EMA Emergency Medical Associates,    P.O. Box 5333,   Parsippany, NJ 07054-6333
516806778      +Rima Zaman, Esquire,   FRENKEL LAMBERT WEISS WEISMAN & GORDON,   80 Main Street, Suite 460,
                West Orange, NJ 07052-5414
517115803       THE BANK OF NEW YORK MELLON,SERIES 2006-OC5,   c/o Shellpoint Mortgage Servicing,
                P.O. Box 10675,   Greenville, SC 29603-0675
517115804      +THE BANK OF NEW YORK MELLON,SERIES 2006-OC5,   c/o Shellpoint Mortgage Servicing,
                P.O. Box 10675,   Greenville, SC 29603-0675,   THE BANK OF NEW YORK MELLON,SERIES 2006-,
                c/o Shellpoint Mortgage Servicing 29603-0675
516826370      +US Dept of Education,   MOHELA,   633 Spirit Dr.,   Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20   U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16   United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516806774      +EDI: BANKAMER.COM Mar 13 2020 04:18:00   Bank of America,   P.O. Box 31785,
                Tampa, FL 33631-3785
516854319       EDI: BANKAMER.COM Mar 13 2020 04:18:00    The Bank of New York Mellon fka ...,
                c/o Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
                                                                                           TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   CHRISTIANA TRUST AS TRUSTEE OF 2005 RESIDENTIAL
           TRUST3-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jonas  Singer   on behalf of Debtor Andrew B. Weber jsinger@jerseylawyer.net,
           jsinger@jerseylawyer.net
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
           York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC5
           Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   The Bank of New York Mellon fka The Bank of
           New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust
           2006-OC5 Mortgage Pass-Through Certificates, Series 2006-OC5 ecf@powerskirn.com
                                                                                           TOTAL: 7